ORDERED.

Dated:  June 01, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

DEBRA RENE CLICK,   CASE NO.: 6:21-bk-04778-LVV
   CHAPTER 13

_____/

**AGREED ORDER GRANTING CREDITOR'S
MOTION TO VACATE ORDER GRANTING MOTION
FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION**
*Subject Property*: 2536 WOODGATE BLVD #201, ORLANDO, FL 32822

THIS CASE having been agreed upon by the parties on the Motion to Vacate Order Granting Motion for Referral to Mortgage Modification Mediation ("Mediation Order") [D.E. 30] filed by U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT (the "Motion") in which a response was filed by Debtor initially opposing the Motion, however, by submission of this Order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED:**

1. Creditor's Motion is **GRANTED and the Mediation Order entered at D.E. 11 on December 5, 2021 is hereby VACATED**.

2. The parties did complete a loan modification review during the pendency of the Mediation order and a loan modification was denied prior to Mediation  and therefore Mediation

is no longer required to proceed.

| | |
|---|---|
| _Ida Moghimi-Kian_ | _____ |
| Ida Moghimi-Kian, Esq. | Jordan M. Finley, Esq. |
| FBN: 056935 | FBN: 99398 |
| Counsel for Creditor | Counsel for Debtor |

***Attorney for Creditor, Ida A. Moghimi-Kian is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.***