**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

---

In Re:  Case #6:21-bk-04778-LVV
**Debtor:** Debra Click  Chapter 13

---

### FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION
*Subject property: 2536 Woodgate Blvd Apt 201 Orlando, FL 32822 (Loan xxxxxxx199 )*

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted and the following parties were present:

1. [  ] The Debtor:
2. [  ] The Debtor's Attorney:
3. [  ] The Lender's Representative:
4. [  ] The Lender's Attorney:

**B.** The final MMM conference was not scheduled and not conducted for the following reason:

1. [  ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [ x ] Other: The parties did not reach an agreement.

**C.** The result of the MMM conference is as follows:

1. [  ] The parties reached an agreement
2. [  ] The parties did not reach an agreement


Dated: 06.13.22    Signature of Mediator: _____ //s// Erin Greene
                   Printed Name: Erin Greene
                   Address: 319 S. Elm Avenue Ste. 2 Sanford, FL 32771
Copies To:         Phone: (407) 321-0751
[All Parties to Mediation]   Email: mediation@eringreene.com