# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:                                                        Case No:        **6:21-bk-04778-LVV**

**DEBRA RENE CLICK**

_____ **Debtor  /**          Chapter 13

## <u>Notice of Increase in Plan Payments</u>
_This notice supersedes any previous notices filed_

This notice is occasioned by **a Notice of Mortgage Payment Change from U.S. Bank National Association** (7/5/2022). Paragraph 8 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE:**
**September 2022**

|                              | Former    | New       |                     |
|------------------------------|-----------|-----------|---------------------|
| Payment                      | $360.80   | $394.51   |                     |
| Increase                     |           | $33.71    |                     |
| Additional Trustee Fee       |           | $3.75     |                     |
| **Your payment to the trustee** | $898.00 | $935.46   | **(9/2022 - 10/2026)** |

If you have made one or more payments which are after the effective date of this change, you **MUST,** in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 18th day of July,  2022.

**Debtor -** Debra Rene Click, 2536 Woodgate Blvd, Apt 201, Orlando, FL  32822-5865
**Attorney -** Jordan M Finley, Florida Law Advisers, 1120 E Kennedy Blvd, Ste 231, Tampa, FL  33602

BY:  /S/  LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com