UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:                                                                                           Case No:        6:21-bk-04778-LVV

**DEBRA RENE CLICK**

                                                                  Debtor    /           Chapter 13

**TRUSTEES CONSENT TO DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN**
pursuant to the attached spreadsheet

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting the Debtor's Motion to Modify Confirmed Plan (Document No. 42).

**Certificate of Service**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 21st day of July, 2022.

**Debtor** - Debra Rene Click , 2536 Woodgate Blvd, Apt 201, Orlando, FL  32822-5865
**Debtor'sAttorney -** Jordan M Finley, Florida Law Advisers, 1120 E Kennedy Blvd, Ste 231, Tampa, FL 33602

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

| DUE DATE | | 21-4778 | | CLICK | | | | | CLM 350 | | CLM 009 | | DOC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20th | | 11/20/2021 | | | 10.0% | | | | MONITORING | | RUSHMORE LOANS | | |
| | | Unsecured | | Debtor Pmt | Tee Fee | | | ATTY | | FEE | WOODGATE BLVD APT 201 | | WOOD |
| | 60 | | | 60 | | | | | | | MMM | | |
| 11/20/2021 | 1 | $0.00 | | $638.00 | $63.80 | | | $125.00 | | | $360.80 | | |
| 12/20/2021 | 2 | $0.00 | | $638.00 | $63.80 | | | $125.00 | | | $360.80 | | |
| 1/20/2022 | 3 | $0.00 | | $638.00 | $63.80 | | | $125.00 | | | $360.80 | | |
| 2/20/2022 | 4 | $0.00 | | $638.00 | $63.80 | | | $125.00 | | | $360.80 | | |
| 3/20/2022 | 5 | $0.00 | 5 at | $638.00 | $63.80 | | | $125.00 | | | $360.80 | 5 at | |
| 4/20/2022 | 6 | $2.70 | | $898.00 | $89.80 | 6 at | | $125.00 | 6 at | | $360.80 | 1 at | |
| 5/20/2022 | 7 | $2.70 | | $898.00 | $89.80 | | | $85.00 | | $50.00 | $360.80 | 1 at | |
| 6/20/2022 | 8 | $0.00 | | $898.00 | $89.80 | | | $85.00 | | $50.00 | $360.80 | | |
| 7/20/2022 | 9 | $0.00 | | $898.00 | $89.80 | | | $85.00 | | $50.00 | $360.80 | | |
| 8/20/2022 | 10 | $0.00 | 5 at | $898.00 | $89.80 | | | $85.00 | | $50.00 | 10 at | $360.80 | 3 at |
| 9/20/2022 | 11 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 10/20/2022 | 12 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | 2 at |
| 11/20/2022 | 13 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | 1 at |
| 12/20/2022 | 14 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 1/20/2023 | 15 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 2/20/2023 | 16 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 3/20/2023 | 17 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 4/20/2023 | 18 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 5/20/2023 | 19 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 6/20/2023 | 20 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 7/20/2023 | 21 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 8/20/2023 | 22 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 9/20/2023 | 23 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 10/20/2023 | 24 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 11/20/2023 | 25 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 12/20/2023 | 26 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 1/20/2024 | 27 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 2/20/2024 | 28 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 3/20/2024 | 29 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 4/20/2024 | 30 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 5/20/2024 | 31 | $9.05 | | $1,740.00 | $174.00 | | | $85.00 | | $50.00 | | $394.51 | |
| 6/20/2024 | 32 | $9.05 | | $1,740.00 | $174.00 | 26 at | | $85.00 | | $50.00 | | $394.51 | 19 at |
| 7/20/2024 | 33 | $9.05 | | $1,740.00 | $174.00 | 1 at | | $15.00 | | $50.00 | | $394.51 | 1 at |
| 8/20/2024 | 34 | $9.05 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 9/20/2024 | 35 | $9.05 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 10/20/2024 | 36 | $9.05 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 11/20/2024 | 37 | $9.05 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 12/20/2024 | 38 | $9.05 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 1/20/2025 | 39 | $9.05 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 2/20/2025 | 40 | $9.05 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 3/20/2025 | 41 | $9.05 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 4/20/2025 | 42 | $9.05 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 5/20/2025 | 43 | $9.05 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | 10 at |
| 6/20/2025 | 44 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 7/20/2025 | 45 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 8/20/2025 | 46 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 9/20/2025 | 47 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 10/20/2025 | 48 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 11/20/2025 | 49 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 12/20/2025 | 50 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 1/20/2026 | 51 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 2/20/2026 | 52 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 3/20/2026 | 53 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 4/20/2026 | 54 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 5/20/2026 | 55 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 6/20/2026 | 56 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 7/20/2026 | 57 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 8/20/2026 | 58 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | |
| 9/20/2026 | 59 | $9.06 | | $1,740.00 | $174.00 | | | | | $50.00 | | $394.51 | 16 at |
| 10/20/2026 | 60 | $268.64 | 50 at | $1,740.00 | $174.00 | 27 at | | | 54 at | $50.00 | 50 at | $394.51 | 1 at |
| | | | | | | | | | | | | | |
| LIQ 715.35 | | $717.65 | | $94,680.00 | $9,468.00 | | | $2,975.00 | | $2,700.00 | | $23,333.50 | |
| | | $1,995.38 | | | | | | ATTY | | CLAIM 350 | | CLAIM 009 | |
| | | 36% | | $5,870.00 | | | | $2,975.00 | | $2,700.00 | | ONGOING | |
| | | DI $215.73 | | | | | | | | | | 23333.50 | |
| | | | | | | | | | | | | Mtg Pmt Chg | |

| DUE DATE | | CLM 010 |
|---|---|---|
| **20th** | | KSIDE @ VENTURA |
| | | GATE BLVD  APT 201 |
| | 60 | $18,421.11 |
| 11/20/2021 | 1 | $88.40 |
| 12/20/2021 | 2 | $88.40 |
| 1/20/2022 | 3 | $88.40 |
| 2/20/2022 | 4 | $88.40 |
| 3/20/2022 | 5 | **$88.40** |
| 4/20/2022 | 6 | **$157.66** |
| 5/20/2022 | 7 | **$147.67** |
| 6/20/2022 | 8 | $230.93 |
| **7/20/2022** | **9** | $230.93 |
| 8/20/2022 | 10 | **$230.93** |
| 9/20/2022 | 11 | $223.47 |
| 10/20/2022 | 12 | **$223.47** |
| 11/20/2022 | 13 | **$223.49** |
| 12/20/2022 | 14 | $302.24 |
| 1/20/2023 | 15 | $302.24 |
| 2/20/2023 | 16 | $302.24 |
| 3/20/2023 | 17 | $302.24 |
| 4/20/2023 | 18 | $302.24 |
| 5/20/2023 | 19 | $302.24 |
| 6/20/2023 | 20 | $302.24 |
| 7/20/2023 | 21 | $302.24 |
| 8/20/2023 | 22 | $302.24 |
| 9/20/2023 | 23 | $302.24 |
| 10/20/2023 | 24 | $302.24 |
| 11/20/2023 | 25 | $302.24 |
| 12/20/2023 | 26 | $302.24 |
| 1/20/2024 | 27 | $302.24 |
| 2/20/2024 | 28 | $302.24 |
| 3/20/2024 | 29 | $302.24 |
| 4/20/2024 | 30 | $302.24 |
| 5/20/2024 | 31 | $302.24 |
| 6/20/2024 | 32 | **$302.24** |
| 7/20/2024 | 33 | **$372.24** |
| 8/20/2024 | 34 | $387.24 |
| 9/20/2024 | 35 | $387.24 |
| 10/20/2024 | 36 | $387.24 |
| 11/20/2024 | 37 | $387.24 |
| 12/20/2024 | 38 | $387.24 |
| 1/20/2025 | 39 | $387.24 |
| 2/20/2025 | 40 | $387.24 |
| 3/20/2025 | 41 | $387.24 |
| 4/20/2025 | 42 | $387.24 |
| 5/20/2025 | 43 | **$387.24** |
| 6/20/2025 | 44 | $387.23 |
| 7/20/2025 | 45 | $387.23 |
| 8/20/2025 | 46 | $387.23 |
| 9/20/2025 | 47 | $387.23 |
| 10/20/2025 | 48 | $387.23 |
| 11/20/2025 | 49 | $387.23 |
| 12/20/2025 | 50 | $387.23 |
| 1/20/2026 | 51 | $387.23 |
| 2/20/2026 | 52 | $387.23 |
| 3/20/2026 | 53 | $387.23 |
| 4/20/2026 | 54 | $387.23 |
| 5/20/2026 | 55 | $387.23 |
| 6/20/2026 | 56 | $387.23 |
| 7/20/2026 | 57 | $387.23 |
| 8/20/2026 | 58 | $387.23 |
| 9/20/2026 | 59 | **$387.23** |
| 10/20/2026 | 60 | **$127.68** |
| | | |
| LIQ 715.35 | | $18,421.11 |
| | | **CLAIM 010** |
| | | 12090.47 |
| | | **Pd @ 18%** |
| | | 18421.11 |

| DUE DATE 20th | # | CLM 011 OC TAX COLL WOODGATE BLVD APT 201 | | CLM 015 HMF FL E LLC WOODGATE BLVD APT 201 | | CLM 006 FLAGSHIP CREDIT DODGE DART | | SORT ON COCOA BEA TIMESHARE | | CLAIM 109 PRE-PET ARR | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | $472.38 | | $324.07 | | | | | | |
| 11/20/2021 | 1 | | | 1 at | | 1 at | SURRENDER | 1 at | SURRENDER | | |
| 12/20/2021 | 2 | | | | | | | | | | |
| 1/20/2022 | 3 | | | | | | | | | | |
| 2/20/2022 | 4 | | | | | | | | | | |
| 3/20/2022 | 5 | | | 4 at | | | | | | | |
| 4/20/2022 | 6 | | | 1 at | $162.04 | | | | | | |
| 5/20/2022 | 7 | 7 at | | 1 at | $162.03 | | | | | 7 at | |
| 6/20/2022 | 8 | | $78.77 | | | | | | | | $2.70 |
| 7/20/2022 | 9 | | $78.77 | | | | | | | | $2.70 |
| 8/20/2022 | 10 | | $78.77 | | | | | | | 3 at | $2.70 |
| 9/20/2022 | 11 | | $78.77 | | | | | | | | $725.20 |
| 10/20/2022 | 12 | 5 at | $78.77 | | | | | | | | $725.20 |
| 11/20/2022 | 13 | 1 at | $78.75 | | | | | | | | $725.20 |
| 12/20/2022 | 14 | | | | | | | | | | $725.20 |
| 1/20/2023 | 15 | | | | | | | | | | $725.20 |
| 2/20/2023 | 16 | | | | | | | | | | $725.20 |
| 3/20/2023 | 17 | | | | | | | | | | $725.20 |
| 4/20/2023 | 18 | | | | | | | | | | $725.20 |
| 5/20/2023 | 19 | | | | | | | | | | $725.20 |
| 6/20/2023 | 20 | | | | | | | | | | $725.20 |
| 7/20/2023 | 21 | | | | | | | | | | $725.20 |
| 8/20/2023 | 22 | | | | | | | | | | $725.20 |
| 9/20/2023 | 23 | | | | | | | | | | $725.20 |
| 10/20/2023 | 24 | | | | | | | | | | $725.20 |
| 11/20/2023 | 25 | | | | | | | | | | $725.20 |
| 12/20/2023 | 26 | | | | | | | | | | $725.20 |
| 1/20/2024 | 27 | | | | | | | | | | $725.20 |
| 2/20/2024 | 28 | | | | | | | | | | $725.20 |
| 3/20/2024 | 29 | | | | | | | | | | $725.20 |
| 4/20/2024 | 30 | | | | | | | | | | $725.20 |
| 5/20/2024 | 31 | | | | | | | | | | $725.20 |
| 6/20/2024 | 32 | | | | | | | | | | $725.20 |
| 7/20/2024 | 33 | | | | | | | | | | $725.20 |
| 8/20/2024 | 34 | | | | | | | | | | $725.20 |
| 9/20/2024 | 35 | | | | | | | | | | $725.20 |
| 10/20/2024 | 36 | | | | | | | | | | $725.20 |
| 11/20/2024 | 37 | | | | | | | | | | $725.20 |
| 12/20/2024 | 38 | | | | | | | | | | $725.20 |
| 1/20/2025 | 39 | | | | | | | | | | $725.20 |
| 2/20/2025 | 40 | | | | | | | | | | $725.20 |
| 3/20/2025 | 41 | | | | | | | | | | $725.20 |
| 4/20/2025 | 42 | | | | | | | | | | $725.20 |
| 5/20/2025 | 43 | | | | | | | | | | $725.20 |
| 6/20/2025 | 44 | | | | | | | | | | $725.20 |
| 7/20/2025 | 45 | | | | | | | | | | $725.20 |
| 8/20/2025 | 46 | | | | | | | | | | $725.20 |
| 9/20/2025 | 47 | | | | | | | | | | $725.20 |
| 10/20/2025 | 48 | | | | | | | | | | $725.20 |
| 11/20/2025 | 49 | | | | | | | | | | $725.20 |
| 12/20/2025 | 50 | | | | | | | | | | $725.20 |
| 1/20/2026 | 51 | | | | | | | | | | $725.20 |
| 2/20/2026 | 52 | | | | | | | | | | $725.20 |
| 3/20/2026 | 53 | | | | | | | | | | $725.20 |
| 4/20/2026 | 54 | | | | | | | | | | $725.20 |
| 5/20/2026 | 55 | | | | | | | | | | $725.20 |
| 6/20/2026 | 56 | | | | | | | | | | $725.20 |
| 7/20/2026 | 57 | | | | | | | | | | $725.20 |
| 8/20/2026 | 58 | | | | | | | | | | $725.20 |
| 9/20/2026 | 59 | | | | | | | | | | 49 at $725.20 |
| 10/20/2026 | 60 | 47 at | | 53 at | | 59 at | | 59 at | | 1 at | $725.17 |
| | | | | | | | | | | | |
| LIQ 715.35 | | | $472.60 | | $324.07 | | | | | | $36,268.07 |
| | | | CLAIM 011 | | CLAIM 015 | | CLAIM 006 | | | | CLAIM 109 |
| | | | 472.60 | | 324.07 | | | | | | 36268.07 |
| | | | Inc Int per POC | | 301.69 @ .25% | | | | | | |
| | | | 2021 Property Taxes | | 2020 Property Tax Cert | | | | | | |

| DUE DATE | | | | | |
|---|---|---|---|---|---|
| **20th** | | | | | |
| | 60 | | | | |
| 11/20/2021 | 1 | | | | |
| 12/20/2021 | 2 | | | | |
| 1/20/2022 | 3 | | | | |
| 2/20/2022 | 4 | | | | |
| 3/20/2022 | 5 | | | | |
| 4/20/2022 | 6 | | | | |
| 5/20/2022 | 7 | | | | |
| 6/20/2022 | 8 | | | | |
| 7/20/2022 | 9 | | | | |
| 8/20/2022 | 10 | | | | |
| 9/20/2022 | 11 | | | | |
| 10/20/2022 | 12 | | | | |
| 11/20/2022 | 13 | | | | |
| 12/20/2022 | 14 | | | | |
| 1/20/2023 | 15 | | | | |
| 2/20/2023 | 16 | | | | |
| 3/20/2023 | 17 | | | | |
| 4/20/2023 | 18 | | | | |
| 5/20/2023 | 19 | | | | |
| 6/20/2023 | 20 | | | | |
| 7/20/2023 | 21 | | | | |
| 8/20/2023 | 22 | | | | |
| 9/20/2023 | 23 | | | | |
| 10/20/2023 | 24 | | | | |
| 11/20/2023 | 25 | | | | |
| 12/20/2023 | 26 | | | | |
| 1/20/2024 | 27 | | | | |
| 2/20/2024 | 28 | | | | |
| 3/20/2024 | 29 | | | | |
| 4/20/2024 | 30 | | | | |
| 5/20/2024 | 31 | | | | |
| 6/20/2024 | 32 | | | | |
| 7/20/2024 | 33 | | | | |
| 8/20/2024 | 34 | | | | |
| 9/20/2024 | 35 | | | | |
| 10/20/2024 | 36 | | | | |
| 11/20/2024 | 37 | | | | |
| 12/20/2024 | 38 | | | | |
| 1/20/2025 | 39 | | | | |
| 2/20/2025 | 40 | | | | |
| 3/20/2025 | 41 | | | | |
| 4/20/2025 | 42 | | | | |
| 5/20/2025 | 43 | | | | |
| 6/20/2025 | 44 | | | | |
| 7/20/2025 | 45 | | | | |
| 8/20/2025 | 46 | | | | |
| 9/20/2025 | 47 | | | | |
| 10/20/2025 | 48 | | | | |
| 11/20/2025 | 49 | | | | |
| 12/20/2025 | 50 | | | | |
| 1/20/2026 | 51 | | | | |
| 2/20/2026 | 52 | | | | |
| 3/20/2026 | 53 | | | | |
| 4/20/2026 | 54 | | | | |
| 5/20/2026 | 55 | | | | |
| 6/20/2026 | 56 | | | | |
| 7/20/2026 | 57 | | | | |
| 8/20/2026 | 58 | | | | |
| 9/20/2026 | 59 | | | | |
| 10/20/2026 | 60 | 60 | at | 60 | at |
| | | | | | |
| LIQ 715.35 | | | | | |

| DUE DATE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **20th** | | | | | | | | | | | | |
| | | | | | | | | | | FINAL | | |
| | 60 | | | | | | | | | | | |
| 11/20/2021 | 1 | | | | | | | | | | | |
| 12/20/2021 | 2 | | | | | | | | | | | |
| 1/20/2022 | 3 | | | | | | | | | | | |
| 2/20/2022 | 4 | | | | | | | | | | | |
| 3/20/2022 | 5 | | | | | | | | | | | |
| 4/20/2022 | 6 | | | | | | | | | | | |
| 5/20/2022 | 7 | | | | | | | | | | | |
| 6/20/2022 | 8 | | | | | | | | | | | |
| 7/20/2022 | 9 | | | | | | | | | | | |
| 8/20/2022 | 10 | | | | | | | | | | | |
| 9/20/2022 | 11 | | | | | | | | | | | |
| 10/20/2022 | 12 | | | | | | | | | | | |
| 11/20/2022 | 13 | | | | | | | | | | | |
| 12/20/2022 | 14 | | | | | | | | | | | |
| 1/20/2023 | 15 | | | | | | | | | | | |
| 2/20/2023 | 16 | | | | | | | | | | | |
| 3/20/2023 | 17 | | | | | | | | | | | |
| 4/20/2023 | 18 | | | | | | | | | | | |
| 5/20/2023 | 19 | | | | | | | | | | | |
| 6/20/2023 | 20 | | | | | | | | | | | |
| 7/20/2023 | 21 | | | | | | | | | | | |
| 8/20/2023 | 22 | | | | | | | | | | | |
| 9/20/2023 | 23 | | | | | | | | | | | |
| 10/20/2023 | 24 | | | | | | | | | | | |
| 11/20/2023 | 25 | | | | | | | | | | | |
| 12/20/2023 | 26 | | | | | | | | | | | |
| 1/20/2024 | 27 | | | | | | | | | | | |
| 2/20/2024 | 28 | | | | | | | | | | | |
| 3/20/2024 | 29 | | | | | | | | | | | |
| 4/20/2024 | 30 | | | | | | | | | | | |
| 5/20/2024 | 31 | | | | | | | | | | | |
| 6/20/2024 | 32 | | | | | | | | | | | |
| 7/20/2024 | 33 | | | | | | | | | | | |
| 8/20/2024 | 34 | | | | | | | | | | | |
| 9/20/2024 | 35 | | | | | | | | | | | |
| 10/20/2024 | 36 | | | | | | | | | | | |
| 11/20/2024 | 37 | | | | | | | | | | | |
| 12/20/2024 | 38 | | | | | | | | | | | |
| 1/20/2025 | 39 | | | | | | | | | | | |
| 2/20/2025 | 40 | | | | | | | | | | | |
| 3/20/2025 | 41 | | | | | | | | | | | |
| 4/20/2025 | 42 | | | | | | | | | | | |
| 5/20/2025 | 43 | | | | | | | | | | | |
| 6/20/2025 | 44 | | | | | | | | | | | |
| 7/20/2025 | 45 | | | | | | | | | | | |
| 8/20/2025 | 46 | | | | | | | | | | | |
| 9/20/2025 | 47 | | | | | | | | | | | |
| 10/20/2025 | 48 | | | | | | | | | | | |
| 11/20/2025 | 49 | | | | | | | | | | | |
| 12/20/2025 | 50 | | | | | | | | | | | |
| 1/20/2026 | 51 | | | | | | | | | | | |
| 2/20/2026 | 52 | | | | | | | | | | | |
| 3/20/2026 | 53 | | | | | | | | | | | |
| 4/20/2026 | 54 | | | | | | | | | | | |
| 5/20/2026 | 55 | | | | | | | | | | | |
| 6/20/2026 | 56 | | | | | | | | | | | |
| 7/20/2026 | 57 | | | | | | | | | | | |
| 8/20/2026 | 58 | | | | | | | | | | | |
| 9/20/2026 | 59 | | | | | | | | | | | |
| 10/20/2026 | 60 | **60** | at | | **60** | at | | **60** | at | | **60** | at | | **60** | at | |
| | | | | | | | | | | | | |
| LIQ 715.35 | | | | | | | | | | | | |